

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2017

No. 04-17-00051-CV

Bertha Ines **TORRES**, Individually for the Wrongful Death of Benjamin Torres, as Representative of the Estate of Benjamin Torres, Deceased, and as Next Friend of Michael Rene Torres, Rose Marie Torres, and Joaquin Gael Torres, Minor Children; et. al, Appellants

v.

**UPPER VALLEY HELPSOURCE, INC**. and TIBH Industries, Inc., Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 17-02-56845-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

On April 18, 2017, based on the parties' joint motion to abate the appeal provide time to mediate their dispute, we suspended the appellate timetable until July 18, 2017. After a motion to extend the deadline was granted, on July 25, 2017, Appellants notified this court that the parties have not settled their dispute and Appellants moved to reinstate the appeal.

Appellants' motion is GRANTED; we REINSTATE the appellate timetable. Appellants' brief is due on August 28, 2017. *See* TEX. R. APP. P. 38.6(a).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk